IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00042-BO

| | |
|---|---|
| ATLANTIC COAST PIPELINE, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>0.13 ACRE, MORE OR LESS, IN )<br>CUMBERLAND COUNTY, NORTH )<br>CAROLINA, *et al.*, )<br>Defendants. | ORDER |

This cause comes before the Court following the filing of an amended complaint in condemnation [DE 53] and the lifting of the stay previously entered in this matter. [DE 54]. On August 19, 2022, plaintiff filed a status update indicating that new potential defendant landowners have been identified and that plaintiff has been attempting to contact them in an effort to negotiate a resolution to this action.

To date, plaintiff has not notified the Court regarding the status of the action as to the potential new defendant landowners. Accordingly, and in light of new developments in the case which may necessitate additional agreements or filings, the Court will re-enter the STAY previously entered in this matter. Plaintiff shall have thirty (30) days from the date of entry of this order to provide a status update as to this action. The stay will be lifted by order of the Court at the appropriate time.

SO ORDERED, this _14_ day of September 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE