IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00042-BO

| | |
|---|---|
| ATLANTIC COAST PIPELINE, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>0.13 ACRE, MORE OR LESS, IN )<br>CUMBERLAND COUNTY, NORTH )<br>CAROLINA, *et al.*, )<br>    Defendants. ) | **ORDER** |

This cause comes before the Court following the filing of a status update by plaintiff. [DE 57]. In light of that filing, the stay in this matter is hereby LIFTED. Plaintiff shall cause to be filed a second amended complaint not more than seven (7) days from the date of entry of this order.

SO ORDERED, this __9__ day of December 2022.

                              /s/ Terrence Boyle
                              TERRENCE W. BOYLE
                              UNITED STATES DISTRICT JUDGE