IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-0042-BO

ATLANTIC COAST PIPELINE, LLC,

    *Plaintiff*,

v.

0.13 ACRE, MORE OR LESS, IN
CUMERLAND COUNTY, NORTH
CAROLINA *et al.*,

    *Defendants*.

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

UPON CONSIDERATION OF plaintiff Atlantic Coast Pipeline, LLC's Motion for Default Judgment, the Memorandum of Law in Support thereof, any submissions filed in opposition thereto, and the applicable law, it is this 27 day of March, 2023:

ORDERED that (1) plaintiff Atlantic Coast Pipeline, LLC's Motion for Default Judgment is GRANTED as to defendants Soon J. Chun and Susan Gao, and (2) as to these defendants, Atlantic Coast Pipeline, LLC is entitled to condemn the easement sought in the Second Amended Complaint filed in the above-referenced matter on the real property identified therein. Additional proceedings are presently scheduled for March 29, 2023, to determine the amount of just compensation to which defendants are entitled from plaintiff Atlantic Coast Pipeline, LLC for the above-referenced easement.

It is so ORDERED.

Date: 3-27, 2023

*Terrence Boyle*
HONORABLE TERRENCE W. BOYLE
United States District Judge