UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC COAST PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| 0.13 ACRE, MORE OR LESS, IN CUMBERLAND | ) | 5:18-CV-42-BO |
| COUNTY, NORTH CAROLINA, LOCATED ON | ) | |
| PARCEL IDENTIFICATION NO. 0474-88-1723 | ) | |
| IDENTIFIED IN BOOK 9573, PAGE 684, | ) | |
| INSTRUMENT NO. 00505, AN DOWNED BY | ) | |
| SOON J. CHUN, SOON J. CHUN, | ) | |
| and SUSAN GAO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This matter comes before the Court on the Court's order entered March 8, 2023 (Doc. 68).

**IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to the Court's order entered March 7, 2023, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1(a), default is hereby entered against the following defendants in the above-referenced action:

1. Soon J. Chun
2. Susan Gao

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's order entered March 27, 2023, that (l) plaintiff Atlantic Coast Pipeline, LLC's Motion for Default Judgment is GRANTED as to defendants Soon J. Chun and Susan Gao, and (2) as to these defendants, Atlantic Coast Pipeline, LLC is entitled to condemn the easement sought in the Second Amended Complaint filed in the above-referenced matter on the real property identified therein.

 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court awards just compensation in the amount of $500.00 to the landowner defendants: Soon J. Chun and Susan Gao.

This case is closed.

<u>**This judgment filed and entered on March 29, 2023, and served on:**</u>

Henry Kitchen, Jr. (Via CM/ECF Notice of Electronic Filing)
Jose Coker (Via CM/ECF Notice of Electronic Filing)
Jonathan Charleston (Via CM/ECF Notice of Electronic Filing)
Richard Holzeimer, Jr.(Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

March 29, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk